IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | CHAPTER 11 |
| § | | |
| HARBORWALK, LP; § | | Case No. _____ |
| HARBORWALK SALES CORPORATION; § | | Case No. _____ |
| HARBORWALK MARINA OPERATING § | | Case No. _____ |
| COMPANY, LTD. § | | |
| § | | |
| DEBTORS. § | | JOINT ADMINISTRATION |
| § | | REQUESTED |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS[1]

| | (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Name of claim (trade debt, bank Loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed, or subject to setoff | (5) Amount of Claim |
|---|---|---|---|---|---|
| 1 | Bill Ring<br>706 West Viejo<br>Friendswood, TX 77546 | | | Disputed | $501,834.56[A] |
| 2 | Harborwalk Yacht Club Member Deposits (a list of all club members and their addresses and deposit amounts is attached hereto as **Exhibit A**). | | | Contingent, Setoff | $455,000.00[B, 2] |
| 3 | Lucas Construction<br>551 League City Pkwy, Suite C<br>League City, TX 77573 | | | | $238,390.17[A] |
| 4 | Harborwalk Property Owners Association<br>PO Box 219223<br>Houston, TX 77218 | | | | $128,840.82[A] |

---

[1] Harborwalk, LP creditors are identified by the letter "A" next to the claim amount; Harborwalk Marina Operating Company, Ltd. creditors are identified by the letter "B" next to the claim amount; Harborwalk Sales Corporation creditors are identified by the letter "C" next to the claim amount.

[2] *See* **Exhibit A** for a break down of each Yacht Club Member's Deposit.

HOUSTON\2351552.1

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 5 | WT Byler<br>15203 Lillja Lane<br>Houston, TX 77060 | | | Disputed, Contingent | $76,973.80[A] |
| 6 | Watkins Real Estate Development LLC<br>PO Box 2328<br>League City, TX 77574 | | | | $70,454.75[A] |
| 7 | Interdirect<br>1250 Wood Branch Park Dr, S. 100<br>Houston, TX 77079 | | | | $21,370.57[A] |
| 8 | Fowler Rodriguez<br>1331 Lamar Street, Suite 1560<br>Houston, TX 77010 | | | | $14,929.82[A] |
| 9 | CBS Outdoor<br>PO Box 33074<br>Newark, NJ 07188 | | | | $12,849.98[A] |
| 10 | Shirley & Sons<br>PO Box 429<br>Cleveland, TX 77328 | | | Contingent | $10,000.00[A] |
| 11 | Brite Lights of Houston<br>PO Box 111<br>Seabrook, TX 77586 | | | | $7,347.37[A] |
| 12 | Lynn's Landscaping<br>2060 Pecan Orchard<br>League City, TX 77573 | | | | $5,385.69[A] |
| 13 | KEM Texas<br>PO Box 4981<br>Houston, TX 77210 | | | | $5,100.00[A] |
| 14 | RTM Media<br>11211 Katy Frwy, Suite 228<br>Houston, TX 77079 | | | | $4,800.00[A] |
| 14 | Geosurv<br>PO Box 246<br>League City, TX 77574 | | | | $4,070.00[A] |
| 15 | PB&J Pavement Marking<br>14019 SW Freeway, #301-302<br>Sugar Land, TX 77478 | | | Disputed | $3,761.42[B] |
| 17 | Robert Jones<br>17225 El Camino Real, Suite 400<br>Houston, TX 77058 | | | | $3,523.76[A] |
| 18 | Ben E. Keith<br>PO Box 34810<br>San Antonio, TX 78265 | | | | $3,493.98[B] |

HOUSTON\2351552.2

2

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 19 | Office Depot<br>PO Box 689020<br>Des Moines, IA 50368 | | | | $2,994.86[B] |
| 20 | Edward Don<br>2562 Paysphere Circle<br>Chicago, IL 60674 | | | | $2,109.85[B] |
| 21 | HDR Shiner Mosely<br>PO Box 3480<br>Omaha, NE 68103 | | | | $2,015.78[A] |
| 22 | City of Hitchcock<br>PO Box 48<br>Hitchcock, TX 77563 | | | | $2,000.59[B] |
| 23 | LPH Enterprises<br>133 N. Friendswood Dr, No. 119<br>Friendswood, TX 77546 | | | | $1,808.35[B] |
| 24 | Martin Preferred Foods<br>PO Box 4346, Dept 170<br>Houston, TX 77210 | | | | $1,512.59[B] |
| 25 | New Leaf Publishing<br>2006 Huldy<br>Houston, TX 77019 | | | | $1,500.00[A] |
| 26 | Centerpoint<br>PO Box 4981<br>Houston, TX 77210 | | | | $1,461.99[A, B, 3] |
| 27 | Fulton Seafood<br>2818 McKinney St<br>Houston, TX 77003 | | | | $1,428.43[B] |
| 28 | Shelmark Engineering<br>8419 EF Lowry Expressway<br>Texas City, TX 77591 | | | | $1,314.60[A] |
| 29 | Mike James<br>966 Bonita St.<br>Bayou Vista, TX 77563 | | | | $1,270.00[A] |
| 30 | Third Coast Produce<br>3145 Produce Row<br>Houston, TX 77023 | | | | $1,170.79[B] |
| | **TOTAL** | | | | **$1,587,252.53** |

---

[3] $221,17 is owed by Harborwalk, LP, and the balance is owed by Harborwalk Marina Operating Company, Ltd.

HOUSTON\2351552.2

3

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR LIMITED LIABILITY COMPANY

I, Evan Watkins, the President of the Debtors in the above-captioned Chapter 11 cases, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: January 22, 2010

By _____
Evan Watkins
Sole manager of the general partner
of Harborwalk Marina Operating
Company, Ltd. and the president of
Harborwalk, LP and Harborwalk
Sales Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on the parties listed in the attached Service List via electronic means as listed on the court's ECF noticing system and/or by regular U. S. First Class Mail on this 25th day of January, 2010.

By: */s/ Marcy E. Kurtz*
Marcy E. Kurtz

# EXHIBIT A

| CUSTOMER NAME | DEPOSIT | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| ADERMAN, MARK | $ 3,000.00 | 3417 TANGLEY RD | HOUSTON | TX | 77005 |
| ADKINS, WILDA MARIE | $ 3,000.00 | 822 HARBOUR PL | SUGARLAND | TX | 77478 |
| ALLEN, JAMES | $ 3,000.00 | 4019 COLERIDGE | HOUSTON | TX | 77005 |
| ANDERSON, DONALD | $ 3,000.00 | 210 BRAMBLE BUSH LN | VICTORIA | TX | 77904 |
| ANDRIES, MICHAEL | $ 3,000.00 | 7914 CANDLE LANE | HOUSTON | TX | 77071 |
| ANGELINA, JOHN | $ 5,000.00 | 5 FLEMING | HITCHCOCK | TX | 77563 |
| BAGGS, DAVID | $ 3,000.00 | 8115  HWY 6 | HITCHCOCK | TX | 77563 |
| BAILEY, MICHAEL | $ 5,000.00 | 3915 CHAMPION CREEK | RICHMOND | TX | 77469 |
| BAINES, JOHN | $ 5,000.00 | 10402 IRIS LAKE COUR | HOUSTON | TX | 77070 |
| BEST, STEVE | $ 3,000.00 | 307 GOLDEN BEAR DRIV | AUSTIN | TX | 78738 |
| BLACK, RICHARD | $ 5,000.00 | 906 LAKESPUR DRIVE | SUGAR LAND | TX | 77479 |
| BLOUNT, DORIS | $ 3,000.00 | 14655 CHAMPION FORES | HOUSTON | TX | 77069 |
| BRAWNER, KENNETH | $ 5,000.00 | 13706 LEON SPRINGS L | CYPRESS | TX | 77429 |
| BREAUX, KENNETH | $ 3,000.00 | 5001 WOODWAY  PH # 1 | HOUSTON | TX | 77056 |
| BRYAN, RICHARD | $ 3,000.00 | 3418 SPRING MANOR | KINGWOOD | TX | 77345 |
| BUCHER, ROBERT | $ 5,000.00 | 103 TRINITY OAKS | SPRING | TX | 77381 |
| BURNETT, MCCOY | $ 5,000.00 | 12001 COVINGTON LANE | FRISCO | TX | 75035 |
| BYRNE, DON | $ 5,000.00 | ATTN: CARLOTTA | CONROE | TX | 77303 |
| CAINES, PAUL | $ 5,000.00 | 7830 BANKSIDE | HOUSTON | TX | 77071 |
| CARMINE, BEN | $ 3,000.00 | 15903 TURTLE BAY DR | HOUSTON | TX | 77062 |
| CASSELLA, LARRY | $ 5,000.00 | 809 VALLEY TERRACE R | BURLESON | TX | 76028 |
| CHILDS, KEITH | $ 5,000.00 | PO BOX 5774 | GALVESTON | TX | 77554 |
| COATS, RUSSELL | $ 3,000.00 | 2207 PINELOCH DR | HOUSTON | TX | 77062 |
| COKER, JERRY | $ 5,000.00 | 27 OAK COVE LN | HUMBLE | TX | 77346 |
| COMBS, ROBERT | $ 5,000.00 | 60 ORCHARD FALLS DRI | SUGAR LAND | TX | 77479 |
| COUCH, RICHARD | $ 3,000.00 | 4423 PLEASANT TRACE | HOUSTON | TX | 77059 |
| CRESS, SAMUEL | $ 3,000.00 | 4545 SWEETWATER BLVD | SUGAR LAND | TX | 77479 |
| CROSS, ARNOLD | $ 3,000.00 | 22 LOGGERHEAD | HITCHCOCK | TX | 77563 |
| CULLEN, JOHN | $ 5,000.00 | 2217 SUMMIT PASS LAN | LEAGUE CITY | TX | 77573 |
| CULLINANE, GLEN | $ 3,000.00 | 2023 CUTTER | LEAGUE CITY | TX | 77573 |
| DAIGLE, RALPH | $ 5,000.00 | 23 PLAYER BEND DR | SPRING | TX | 77382 |
| DANIEL, HARRY | $ 3,000.00 | 12438 MOSSYCUP DR | HOUSTON | TX | 77024 |
| DANNENBERG, KERMIT | $ 5,000.00 | 639 SENTURY HILL | SAN ANTONIO | TX | 78260 |
| DECORT, DAVID | $ 3,000.00 | 907 ENCLAVE LAKE DR | HOUSTON | TX | 77077 |
| DEL PAPA, LARRY | $ 5,000.00 | ATTN: GAY DAVIDSON | BEAUMONT | TX | 77707 |
| DELAUP, HENRY M. | $ 3,000.00 | 19527 CLOVERSTONE CT | HOUSTON | TX | 77094 |
| DICK, JIM | $ 5,000.00 | 31 WATERKEY | HITCHCOCK | TX | 77563 |
| DOLEN, JEFF | $ 3,000.00 | 9321 MELDRUM | HOUSTON | TX | 77075 |
| DRURY, JAMES | $ 3,000.00 | 18096 KINGS ROW | HOUSTON | TX | 77058 |
| EDGAR, RONALD | $ 5,000.00 | 6 ISLAMORADA | HITCHCOCK | TX | 77563 |
| EDISON, TIM | $ 5,000.00 | 2706 GREEN FIELDS DR | SUGARLAND | TX | 77479 |
| EDWARDS, ROSCOE | $ 3,000.00 | 13 HALF MOON | HITCHCOCK | TX | 77563 |
| EVANS, MARY | $ 3,000.00 | 4110 BLUE BONNET BLV | HOUSTON | TX | 77025 |
| FERGUSON, ROSS | $ 5,000.00 | 1270 CRABB RIVER ROA | RICHMOND | TX | 77469 |
| FONTANA, EMMANUEL "KYM" | $ 3,000.00 | 3000 WESLAYAN, SUITE | HOUSTON | TX | 77027 |

HOUSTON\2352286.1

| Name | Amount | Address | City | State | Zip |
|---|---|---|---|---|---|
| FOWLER, EILEEN | $ 3,000.00 | 2601 S BROADWAY # 6 | LA PORTE | TX | 77571 |
| FOWLER, MARK | $ 5,000.00 | PO BOX 460026 | HOUSTON | TX | 77056 |
| FULLER, GLENN | $ 3,000.00 | 9 SUGARLOAF | HITCHCOCK | TX | 77563 |
| GARDNER, EDWARD | $ 3,000.00 | 2519 SOUTH BOULEVARD | HOUSTON | TX | 77098 |
| GASS, ROBERT | $ 5,000.00 | 615 WESTWOOD CIRCLE | LA MARQUE | TX | 77568 |
| GATTIS, JOHN M. | $ 5,000.00 | 196 LAKESIDE DRIVE | MONTGOMERY | TX | 77356-9029 |
| GENTRY, MARC | $ 3,000.00 | PO BOX 890145 | HOUSTON | TX | 77589-0145 |
| GIBBS, HARRY | $ 5,000.00 | 4118 COLONY CROSSING | SUGAR LAND | TX | 77479 |
| GIDNEY, JASON | $ 3,000.00 | 211 LEAGUE CITY PARK | LEAGUE CITY | TX | 77573 |
| GODLEY, BERNARD | $ 3,000.00 | 11 WATERKEY | HITCHCOCK | TX | 77563 |
| GOLAN, JASON | $ 5,000.00 | 26 BEACON HILL | SUGAR LAND | TX | 77479 |
| GRAVES, KYLE | $ 5,000.00 | 1809 CR 1021 | BURLESON | TX | 76028 |
| HANKS, JOHN | $ 3,000.00 | 2 N SKIMMER | LA MARQUE | TX | 77568 |
| HARGRAVE, ROBERT | $ 3,000.00 | 1239 RIPPLE CREEK DR | HOUSTON | TX | 77057 |
| HEREDIA, FRED | $ 5,000.00 | 24 MISTY GROVE CIR | SPRING | TX | 77380 |
| HOLCOMB, MARK | $ 3,000.00 | 18622 BARBUDA LN | HOUSTON | TX | 77058 |
| HOLLOWAY, WILLIAM MICHAEL | $ 5,000.00 | 255 SADDLE RIDGE | THE WOODLAND | TX | 77380 |
| HOURANI, MONZER | $ 5,000.00 | 7670 WOODWAY STE 160 | HOUSTON | TX | 77063 |
| INGRAM, BONNIE | $ 3,000.00 | 916 VISTA RD | PASADENA | TX | 77504 |
| JAMAIL, JIM | $ 5,000.00 | C. L. LEASING | HOUSTON | TX | 77058 |
| JARRELL, RANDY | $ 5,000.00 | 3410 IH - 10 | ORANGE | TX | 77632 |
| JOHNSON, NORRIS | $ 5,000.00 | 2910 OAK DRIVE | BAY CITY | TX | 77414 |
| KEESLER, MARK | $ 3,000.00 | 18217 HWY 3 | WEBSTER | TX | 77598 |
| KHAN, MUHAMMAD | $ 4,000.00 | BLUECHIP SECURITIES, | HOUSTON | TX | 77056 |
| KOUTROUVELIS, ARISTIDES | $ 3,000.00 | 11924 SPORTSMAN RD | GALVESTON | TX | 77554 |
| LAINE, COLLEEN | $ 3,000.00 | 11 LONG KEY BOX 21 | HITCHCOCK | TX | 77563 |
| LEE, ROBERT | $ 5,000.00 | P.O. BOX 285 | BEAUMONT | TX | 77704 |
| LONG, TIM | $ 5,000.00 | 229 BORA BORA | TIKI ISLAND | TX | 77554 |
| LUMSDEN, ALAN | $ 5,000.00 | 1600 POST OAK BLVD # | HOUSTON | TX | 77056 |
| MANUEL, KEN | $ 5,000.00 | 13810 ASPEN COVE | HOUSTON | TX | 77077 |
| MATHEUI, GUY | $ 2,500.00 | 13910 SAND SABA CANY | CYPRESS | TX | 77429 |
| McCANN, DENNIS | $ 3,000.00 | 1 LOGGERHEAD, BOX 12 | HITCHCOCK | TX | 77563 |
| MCKENZIE, TRAVIS | $ 3,000.00 | 201 NORTH 16TH | LA PORTE | TX | 77571 |
| MEISKE, RICK | $ 5,000.00 | 34 CHESTNUT HILL CT | SPRING | TX | 77380 |
| MERSZEI, JUSTIN DAVID | $ 3,000.00 | 2016 SUNSET BLVD | HOUSTON | TX | 77005 |
| MILLER, ROBERT | $ 3,000.00 | 2001 HOLCOMBE BLVD | HOUSTON | TX | 77030-4216 |
| MILLER, WILLIAM | $ 5,000.00 | 7506 SAN CLEMENTE PO | KATY | TX | 77494 |
| MITCHEN, JIM | $ 5,000.00 | 8719 STERLING GATE C | SPRING | TX | 77379 |
| MOERBE, WILLIAM | $ 3,000.00 | 4 ISLAMORADA | HITCHCOCK | TX | 77563 |
| MORAIDA, RANDY LEE | $ 5,000.00 | 7319 CHARPIOT LN | HUMBLE | TX | 77396 |
| MORFORD, JOHN | $ 5,000.00 | 11 HOPE FARM RD | MISSOURI CIT | TX | 77459 |
| MORGAN, MARK | $ 5,000.00 | 2731 DANIELS CHAPEL | NEW BOSTON | TX | 75570 |
| MUNN, ROBERT | $ 5,000.00 | 4238 PURDUE | HOUSTON | TX | 77005 |
| NAVAS, HOLMAN | $ 3,000.00 | 26102 TIMBERSTONE CO | CYPRESS | TX | 77433 |
| OLSON, DAVID | $ 3,000.00 | 5603 BEAVER LODGE DR | KINGWOOD | TX | 77345 |
| ONIELL, HERB | $ 5,000.00 | 703 HIGHGROVE PARK | HOUSTON | TX | 77024 |

| Name | Amount | Address | City | State | Zip |
|---|---|---|---|---|---|
| PEARSALL, MASON | $ 2,500.00 | 12507 TELGE ROAD | CYPRESS | TX | 77429 |
| PICKAVANCE, WILLIAM | $ 5,000.00 | 2600 AVE O 1/2 | GALVESTON | TX | 77550 |
| POWERS, JAMES | $ 2,500.00 | 16618 BRIDGE CREEK F | SPRING | TX | 77379 |
| POWERS, MARTIN | $ 2,500.00 | 1712 MORSE ST | HOUSTON | TX | 77019 |
| PRUDE, GEORGE | $ 5,000.00 | 19206 NOAH ARBOR LN | HOUSTON | TX | 77094 |
| RING, JOHN | $ 3,000.00 | 202 EAST VIEJO | FRIENDSWOOD | TX | 77546 |
| RING, WILLIAM | $ 3,000.00 | 706 WEST VIEJO | FRIENDSWOOD | TX | 77546 |
| ROBINSON, WILLIAM | $ 3,000.00 | 11 EAST HORIZON RIDG | THE WOODLAND | TX | 77381 |
| ROHDE, GERT | $ 5,000.00 | 227 WALNUT COVE | PEARLAND | TX | 77584 |
| RUSNAK, SHANNON | $ 5,000.00 | 8700 CEDARSPUR | HOUSTON | TX | 77055 |
| SIMS, CHRISTOPHER | $ 3,000.00 | 20 GRAND MANOR | SUGARLAND | TX | 77479 |
| SMELOFF, NICK | $ 5,000.00 | 3127 MIDLANE STREET | HOUSTON | TX | 77027-5615 |
| SMITH, CYRIL JEFF | $ 3,000.00 | 12003 GRAPEVINE CT | STAFFORD | TX | 77477 |
| SMOTHERMON, DAVE | $ 5,000.00 | 3118 PLEASENT COVE | HOUSTON | TX | 77059 |
| STELLER, JAMES | $ 3,000.00 | 10 HALF MOON | HITCHCOCK | TX | 77563 |
| STOY, CLEVE | $ 5,000.00 | 10 NEW GREENS CT | KINGWOOD | TX | 77339 |
| TERRY, JOHN DENNIS | $ 3,000.00 | 15424 ROCKY OAK CT | HOUSTON | TX | 77059 |
| THRONSON, LOWELL | $ 3,000.00 | 10802 CANDLEWOOD | HOUSTON | TX | 77042 |
| TOMLINSON, DON | $ 5,000.00 | 8 LOGGERHEAD | HITCHCOCK | TX | 77563 |
| TOOMEY, JIM | $ 3,000.00 | 116 MAGNOLIA DRIVE | FERRIS | TX | 75125 |
| TRUSCOTT, BILL | $ 5,000.00 | 2925 GULF FWY S STE | LEAGUE CITY | TX | 77573 |
| VAUGHN, LARRY | $ 3,000.00 | 24918 MIST LAKE COUR | KATY | TX | 77494 |
| WOOD, MICHAEL | $ 3,000.00 | 1544 BRIAR BEND | FRIENDSWOOD | TX | 77546 |
| WORLEY, JIM | $ 5,000.00 | 13731 VINERY LANE | CYPRESS | TX | 77429 |
| ZUCKER, TODD | $ 3,000.00 | 1601 WESTHEIMER | HOUSTON | TX | 77006 |
| **TOTAL** | **$455,000.00** | | | | |