**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| HARBORWALK, LP; | § | Case No. 10-80043 |
| HARBORWALK MARINA OPERATING | § | Case No. 10-80044 |
| COMPANY, LTD.; | § | |
| HARBORWALK SALES CORPORATION | § | Case No. 10-80045 |
| | § | |
| DEBTORS. | § | JOINT ADMINISTRATION |
| | § | REQUESTED |

**NOTICE OF DESIGNATION**
**AS COMPLEX CHAPTER 11 BANKRUPTCY CASES**

The above captioned bankruptcy cases were filed on January 25, 2010. The Debtors believe that these cases qualify under General Order No. 2005-02 as complex chapter 11 cases because:

   ✗    The debtors have total debt of more than $10 million;

   ✗    There are more than 50 parties-in-interest in these cases;

         Claims against the debtor are publicly traded;

         Other: Substantial explanation is required.  (Attach additional sheets if necessary.)

Dated: January 25, 2010

                          Respectfully submitted,

                          **BRACEWELL & GIULIANI LLP**

                          By:  _/s/ Marcy E. Kurtz_
                                Marcy E. Kurtz
                                Texas Bar No. 11768600
                                Marcy.Kurtz@bgllp.com
                                William A. Wood, III
                                Texas Bar No. 21916050
                                Trey.Wood@bgllp.com
                                Chris S. Tillmanns
                                Texas Bar No. 24060730

Chris.Tillmanns@bgllp.com
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:    (713) 223-2300
Facsimile:     (713) 221-1212

**PROPOSED ATTORNEYS
FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on the parties listed in the attached Service List via electronic means as listed on the court's ECF noticing system or by regular U. S. First Class Mail, and by electronic mail or facsimile as indicated, on this 25th day of January, 2010.

By: /s/ Marcy E. Kurtz        _
Marcy E. Kurtz