IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| HARBORWALK, LP; | § | Case No. 10-80043 |
| HARBORWALK MARINA OPERATING | § | Case No. 10-80044 |
| COMPANY, LTD.; | § | |
| HARBORWALK SALES CORPORATION | § | Case No. 10-80045 |
| | § | |
| DEBTORS. | § | JOINT ADMINISTRATION |
| | § | REQUESTED |

**HEARING AGENDA FOR JANUARY 28, 2010**

Hearing Date/Time:   **January 28, 2010 at 11:45 a. m. (CST)**

Hearing Location:    United States Bankruptcy Court for the Southern District of Texas
515 Rusk Street
Courtroom No.401
Houston, Texas 77002

A.   Debtors' Motion Pursuant to Bankruptcy Rule 1015 Requesting Joint Administration of Chapter 11 Cases [Docket No. 3]

   **Time:**

   **Contested:**

   **Related Documents:**

   **Status:**   Going Forward


B.   Debtors' Emergency Motion for Entry of an Order Creditor Matrix and (II) Granting Authority to Establish the Master Service List Applicable to These Cases [Docket No. 6]

   **Time:**

   **Contested:**

   **Related Documents:**

   **Status:**   Going Forward

C. **Debtors' Emergency Motion for Order (I) Authorizing Debtors to (A) Pay Pre-Petition Wages and Salaries to Employees and (B) Pay Pre-Petition Benefits and to Continue Benefit Programs in the Ordinary Course And (II) Directing Banks to Honor Pre-Petition Checks for Payment of Pre-Petition Employee Obligations [Docket No. 10]**

  **Time:**

  **Contested:**

  **Related Documents:**

  **Status:**   Going Forward

D. **Debtors' Emergency Motion for Order Authorizing Maintenance of Insurance Policies and Payment of Insurance Premiums [Docket No. 5]**

  **Time:**

  **Contested:**

  **Related Documents:**

  **Status:**   US Trustee has made an informal objection to payment of E&O policy until a committee has been appointed.

E. **Debtors' Emergency Motion for Order (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 8]**

  **Time:**

  **Contested:**

  **Related Documents:**

  **Status:**   Going Forward

F.     **Debtors' Emergency Motion for Order (I) Authorizing Continued Use of Existing Business Forms and Records; (II) Authorizing Maintenance of Existing Corporate Bank Accounts and Cash Management System; and (III) Waiving the Requirements of 11 U.S.C. § 345(B) [Docket No. 7]**

    **Time:**

    **Contested:**

    **Related Documents:**

    **Status:** Continued one week as requested by the US Trustee

G.     **Emergency Motion Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364 and Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing, (II) Granting Security Interests and Superpriority Claims, and (III) Scheduling Final Hearing [Docket No. 9]**

    **Time:**

    **Contested:**

    **Related Documents:**

    **Docket No. 23**

    Compass Bank's Objection to the Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364 And Bankruptcy Rules 2002, 4001, and 9014(1) Authorizing the Debtors to Obtain Post-Petition Secured Financing, (II) Granting Security Interests and Superpriority Claims, and (Iii) Scheduling Final Hearing

    **Status:** Going Forward

Dated: January 28, 2010         Respectfully submitted

                              By:   */s/ Chris S. Tillmanns*
                                  Marcy E. Kurtz
                                  Texas Bar No. 11768600
                                  Marcy.Kurtz@bgllp.com
                                  William A. Wood, III
                                  Texas Bar No. 21916050
                                  Trey.Wood@bgllp.com

-4-

                                            Chris S. Tillmanns
                                            Texas Bar No. 24060730
                                            Chris.Tillmanns@bgllp.com
                                            Bracewell & Giuliani LLP
                                            711 Louisiana, Suite 2300
                                            Houston, Texas 77002
                                            Telephone:     (713) 223-2300
                                            Facsimile:     (713) 221-1212

                                            **PROPOSED ATTORNEYS**
                                            **FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on January 28, 2010, a true and correct copy of this document was served on all parties by electronic means as listed on the court's ECF noticing system.

                                            */s/ Chris S. Tillmanns*
                                                 Chris S. Tillmanns