IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| HARBORWALK, LP; | § | Case No. 10-80043 |
| HARBORWALK MARINA OPERATING | § | Case No. 10-80044 |
| COMPANY, LTD.; | § | |
| HARBORWALK SALES CORPORATION | § | Case No. 10-80045 |
| | § | |
| DEBTORS. | § | JOINT ADMINISTRATION REQUESTED |

**NOTICE OF COMPASS BANK'S DIP FINANCIANG PROPOSAL**

COMES NOW, Compass Bank, by and through its counsel, and files this its proposal to provide debtor-in-possession financing.  Attached hereto as Exhibit A are the terms of the proposed financing.  Copies of the operative loan documents are attached to Compass Bank's proof of claim filed with the Bankruptcy Court on January 27, 2010 and were admitted by the Court as Exhibits 1A through 1I on January 28, 2010.

Respectfully Submitted,

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael J. Durrschmidt
     Michael J. Durrschmidt
     State Bar No. 06287650
OF COUNSEL:     Bank of America Center, 25th Floor
     700 Louisiana
HIRSCH & WESTHEIMER, P.C.     Houston, Texas  77002
     Telephone: (713) 220-9165
     Telecopier: (713) 223-9319

**ATTORNEYS FOR COMPASS BANK**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of January, 2010, a copy of the foregoing Notice of Compass Bank's DIP Financing Proposal was served via first class mail, postage prepaid and/or by the Clerk of the Court via the ECF system to the parties listed below.

Marcy E. Kurtz
William A. (Trey) Wood III
Chris S. Tillmanns
Bracewell & Giuliana, LLP
711 Louisiana, Suite 2300
Houston, Texas 77002

/s/ Michael J. Durrschmidt
Michael J. Durrschmidt

930505.20090765/709387.1