IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

|  |  |
|---|---|
| IN RE | ) |
| HARBORWALK, LP, | ) CASE NO. 10-80043-G3-11 |
| Debtor, | ) |

### JUDGMENT

Based on the separate Memorandum Opinion signed this same date, it is

ORDERED that the "Emergency Motion Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364 and Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing the Debtors to Obtain Post-petition Secured Financing, (II) Granting Security Interests and Superpriority Claims, And (III) Scheduling Final Hearing" (Docket No. 9) is denied without prejudice.

Signed at Houston, Texas on January 29, 2010.

LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE